June 08, 2007

Mr. Russell H. McMains
Law Offices of Russell H. McMains
P.O. Box 2846
Corpus Christi, TX 78403
Ms. Kathleen P. McCartan
404 West 7th Street
Austin, TX 78701

RE: Case Number: 05-1069
 Court of Appeals Number: 13-04-00174-CV
 Trial Court Number: 00-4057-A

Style: BAY AREA HEALTHCARE GROUP, LTD., INDIVIDUALLY, AND D/B/A THE
 CORPUS CHRISTI MEDICAL CENTER-BAY AREA, ET AL.
 v.
 DEBORAH SUE MCSHANE AND JAMES PATRICK MCSHANE, INDIVIDUALLY, AND AS
 NEXT FRIENDS OF MAGGIE YVONNE MCSHANE, A MINOR

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion and judgment in the above-referenced cause. Pursuant to Texas Rule
of Appellate Procedure 59.1, after granting the petition for review and
without hearing oral argument, the Court reverses the court of appeals'
judgment and renders judgment.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Cathy |
| |Wilborn |
| |Ms. Patsy Perez |
| |Mr. Scott P. |
| |Stolley |
| |Mr. Don Karotkin|